| | |
|---|---|
| 1  THOMAS E. FRANKOVICH (State Bar No. 074414)<br>   JESSICA A. DAYTON (State Bar No. 231698)<br>2  THOMAS E. FRANKOVICH,<br>   *A PROFESSIONAL LAW CORPORATION*<br>3  2806 Van Ness Avenue<br>   San Francisco, CA   94109<br>4  Telephone:     415/674-8600<br>   Facsimile:      415/674-9900 | **E-filed 9/15/05** |

5

6  Attorneys for Plaintiffs
   NICOLE MOSS and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION, SERVICES: HELPING YOU HELP OTHERS

7

8  ANNA DIBENEDETTO
   Fitzpatrick, Spini & Swanston
9  340 Soquel Avenue, Suite 115
   Santa Cruz, CA 95062
10 Telephone:     831/426-5200
   Facsimile:      831/426-5300

11 Attorneys for Defendant
   NORMA CAMARLINGHI, as trustee for the RUDOLPH
12 CAMARLINGHI EXEMPTION TRUST

13
                        UNITED STATES DISTRICT COURT
14
                       NORTHERN DISTRICT OF CALIFORNIA
15

| | |
|---|---|
| 16 NICOLE MOSS, an individual; and<br>    DISABILITY RIGHTS ENFORCEMENT,<br>    EDUCATION, SERVICES: HELPING<br>17 YOU HELP OTHERS, a California public<br>    benefit corporation,<br>18<br>          Plaintiffs,<br>19<br>    v.<br>20<br>    CHINA ONE BUFFET; NORMA<br>21 CAMARLINGHI, as trustee for the<br>    RUDOLPH CAMARLINGHI<br>22 EXEMPTION TRUST; and CHINA ONE<br>    INTERNATIONAL BUFFET INC., a<br>23 California corporation,<br>24       Defendants.<br>    _____ | **CASE NO. C05-1371 JF**<br><br>**STIPULATION AND**<br>**ORDER CONTINUING CASE**<br>**MANAGEMENT CONFERENCE** |

25

26        Plaintiffs NICOLE MOSS, an individual; and DISABILITY RIGHTS ENFORCEMENT,

27 EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit

28

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1 corporation, through their undersigned counsel, and defendants, and NORMA CAMARLINGHI,
2 as trustee for the RUDOLPH CAMARLINGHI EXEMPTION TRUST stipulate as follows:

3    1.    Whereas the Court continued the Case Management Conference from Friday,
4 September 16, 2005 at 10:30 a.m. to Monday, September 19, 2005 at 10:30 a.m.;

5    2.    Whereas plaintiffs' counsel has jury duty on September 19, 2005 and there is no
6 other attorney available to cover the Case Management Conference;

7    3.    The parties hereby stipulate and request that the Case Management Conference
8 currently on calendar for September 16, 2005 be continued to October 14, 2005 at 10:30 a.m.

9 This Stipulation may be executed in faxed counterparts, all of which together shall
10 constitute one original document.

11
12    IT IS SO STIPULATED.

13 DATED: September 14, 2005    THOMAS E. FRANKOVICH,
    *A PROFESSIONAL LAW CORPORATION*
14

15    By:    /s/
    Jessica A. Dayton
16    Attorneys for Plaintiffs NICOLE MOSS and
    DISABILITY RIGHTS ENFORCEMENT,
17    EDUCATION SERVICES: HELPING YOU HELP OTHERS
18

19 DATED: September 14, 2005    FITZPATRICK, SPINI & SWANSTON
20

21    By:    /s/
    Anna DiBenedetto
22    Attorneys for Defendant NORMA
    CAMARLINGHI, as trustee for the RUDOLPH
23    CAMARLINGHI EXEMPTION TRUST

24    **ORDER**

25 The Case Management Conference currently scheduled for September 19, 2005 at 10:30
26 a.m. is hereby continued to October 14, 2005 at 10:30 a.m.

27
    /s/electronic signature authorized
28    Hon. Jeremy Fogel
    United States District Court Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE    2