**E-filed 7/17/06**

1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JULIA M. ADAMS (State Bar No. 230795)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:    415/674-8600
   Facsimile:    415/674-9900
5
   Attorneys for Plaintiffs
6  NICOLE MOSS
   and DISABILITY RIGHTS,
7  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
8  HELP OTHERS

9
                   UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12  NICOLE MOSS, an individual; and         )   **CASE NO. C05-1371 JF**
    DISABILITY RIGHTS, ENFORCEMENT,         )
    EDUCATION, SERVICES: HELPING            )   **STIPULATION OF DISMISSAL AND**
13  YOU HELP OTHERS, a California public    )   **[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER THEREON**
    benefit corporation,                    )
14                                          )
            Plaintiffs,                     )
15                                          )
    v.                                      )
16                                          )
    CHINA ONE BUFFET; NORMA                 )
17  CAMARLINGHI, as trustee for the         )
    RUDOLPH CAMARLINGHI EXEMPTION           )
18  TRUST; and CHINA ONE                    )
    INTERNATIONAL BUFFET INC., a            )
19  California corporation,                 )
                                            )
20          Defendants.                     )
                                            )
21

22         The parties, by and through their respective counsel, stipulate to dismissal of this

23  action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the

24  Mutual Settlement Agreement and Release ("Agreement"), each party is to bear its own costs and

25  attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over

26  enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994)

27  (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON                                           1

1    Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2 their designated counsel that the above-captioned action be and hereby is dismissed with
3 prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4    This stipulation may be executed in counterparts, all of which together shall constitute
5 one original document.

7 Dated: July 12, 2006                THOMAS E. FRANKOVICH
                                      *A PROFESSIONAL LAW CORPORATION*
8

10                                    By:   /s/ Julia M. Adams
                                            Julia M. Adams
11                                    Attorneys for NICOLE MOSS and
                                      DISABILITY RIGHTS ENFORCEMENT,
                                      EDUCATION SERVICES:HELPING YOU HELP
12                                    OTHERS

14 Dated: July 12, 2006               FITZPATRICK, SPINI & SWANSTON

16                                    By:   /s/ Anna DiBenedetto
                                            Anna DiBenedetto
17                                    Attorneys for Defendant NORMA
                                      CAMARLINGHI, as trustee for the RUDOLPH
                                      CAMARLINGHI EXEMPTION TRUST

19 Dated: July 12, 2006               LAW OFFICE OF LESLEY HARRIS

21                                    By:   /s/ Lesley B. Harris
                                            Lesley B. Harris
22                                    Attorneys for Defendants BEST CHINA BUFFET,
                                      INC., dba CHINA ONE BUFFET, ROBERT
23                                    CHOW and CHINA ONE INTERNATIONAL
                                      BUFFET, INC.

**ORDER**

IT IS HEREBY ORDERED that matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Mutual Settlement Agreement and Release should such enforcement be necessary.

Dated: __7/17/06_____, 2006

Honorable Jeremy Fogel
UNITED STATES DISTRICT JUDGE